**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 26th day of September, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

    Deborah K Mason

          Debtor,                 Case No: 23-20459-13

## ORDER GRANTING CHAPTER 13 TRUSTEE'S OBJECTION
## TO CLAIM NO. 9 OF JEFFERSON CAPITAL SYSTEMS LLC

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Objection To Claim No. 9 of JEFFERSON CAPITAL SYSTEMS LLC. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of JEFFERSON CAPITAL SYSTEMS LLC should be, and hereby is, treated as follows:

    Not allowed for the following reason:

    The claim is unenforceable under 11 USC Section 502(b)(1). It has been more than five years from the last transaction date of Marech 10, 2023.

###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)